**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- X

KATHLEEN ARECHIGA, KATHERINE M.
MARTINEZ, MELANIE MATTHEWS, and EDVIN
RUSIS, Individually and on Behalf of All Others
Similarly Situated, on Behalf of the IBM 401(K)
PLAN,

          Plaintiffs,

          v.

INTERNATIONAL BUSINESS MACHINES
CORPORATION, the Board of Directors of
INTERNATIONAL BUSINESS MACHINES
CORPORATION, and its members, the
RETIREMENT PLANS COMMITTEE, and its
members, the IBM RETIREMENT FUNDS, STATE
STREET BANK AND TRUST COMPANY, and
STATE STREET GLOBAL ADVISORS,

          Defendants.

: : : : : : : : : : : : : : : : : : : : :

Case No. 7:25-cv-09067-KMK

------------------------------------------------------------------- X

### NOTICE OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

PLEASE TAKE NOTICE that Defendants State Street Bank and Trust Company ("SSB")

and State Street Investment Management—formerly known as State Street Global Advisors, and

named as such in this action ("SSGA," and together with SSB, "State Street")—by their

undersigned counsel, will move this Court, on a date and time to be determined by the Court, for

an Order dismissing the First Amended Complaint (Dkt. 30) with prejudice for failure to state a

claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

In support of its Motion, State Street relies on the Memorandum of Law in Support of

State Street's Motion to Dismiss the First Amended Complaint, the Declaration of Benjamin

Reilly in Support of State Street's Motion to Dismiss the First Amended Complaint, and the

exhibits attached thereto, filed concurrently herewith.  State Street further joins and relies upon the arguments set forth in the memorandum supporting the motion to dismiss of its co-defendants International Business Machines Corporation, the Board of Directors of International Business Machines Corporation, the Retirement Plans Committee, and IBM Retirement Funds.

Pursuant to Rule II.E of this Court's Individual Rules of Practice, State Street respectfully request oral argument on this motion on a date and at a time designated by the Court.

Date: June 18, 2026

Respectfully submitted,

*/s/ Alison V. Douglass*
Alison V. Douglass
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel:      (617) 570-1000
Fax:      (617) 523-1231
ADouglass@goodwinlaw.com

Benjamin Reilly
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC 20036-1612
Tel:      (202) 346-4000
Fax:      (202) 346-4444
BReilly@goodwinlaw.com

Samuel J. Rubin
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel:      (212) 813-8800
SRubin@goodwinlaw.com

*Attorney for Defendants State Street Bank and Trust Company and State Street Global Advisors*

2

**CERTIFICATE OF SERVICE**

I, Alison V. Douglass, hereby certify that on June 18, 2026, I caused the foregoing document, filed through the CM/ECF system, to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Alison V. Douglass*
Alison V. Douglass